UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMERCE WAY OFFICE
COMPLEX, LP

    Plaintiff,  :  CIVIL ACTION

vs.  :  NO. 17-838

ULYSSES CAPITAL PARTNERS, LLP  :

    Defendant.

FILED
MAR 03 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## JUDGMENT

AND NOW, this 3rd day of March, 2017, a complaint in confession of judgment having been filed;

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, COMMERCE WAY OFFICE COMPLEX, LP, and damages are assessed against Defendant, ULYSSES CAPITAL PARTNERS, LLP, as follows:

    a. Principal sum due:    $198,000.00

    b. Interest:    $0.00

    c. Attorney fees (5%)    $9,900.00

        Total:    $207,900.00

With continuing interest at the annual rate of 3%, plus attorney's fees and costs of suit.

FOR A JUDGMENT in the amount of $207,900.00, with continuing interest at the annual rate of 3%, plus attorney's fees and costs of suit.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

By: _____

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA