# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMERCE WAY OFFICE COMPLEX, LP, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-838 |
| v. | : | |
| | : | |
| ULYSSES CAPITAL PARTNERS, LLP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _13th_ day of December, 2017, it is **ORDERED** that Defendant's motion to strike or open the confessed judgment (ECF No. 4) is **DENIED**.

                                                                         s/Anita B. Brody

                                                    _____
                                                    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: